1. Clifton Williams Jr. #1497454
2. 194 e. Hackett Rd.
3. Modesto, CA. 95358
4. ████████████████
5. ████████████████
6. 209) 416-8896

**FILED**

DEC 27 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

Case number

8. 1:21-cv-1810 DAD-SAB

10. "U.S. District Court"
11. State of California
12. Eastern District

13. CV- Suit

| | |
|---|---|
| 14. Clifton Williams Jr. | 1 For: False Arrest |
| 15. Petitioner | 2 False imprisonment |
| 16. | 3 Defamation/slander |
| 17. VS. | 4 Harassment |
| 18. The people of the | 5 Cruel and unusual |
| 19. State of California, | Punishment |
| 20. County of Stanislaus, | 6 Intentional infliction |
| 21. District Attorney | of emotional Distress |
| 22. P. Hogan and | 7 Falsifying Documents |
| 23. Kathenne Blum | 8 Financial Loss |
| 24. an Officer for the | |
| 25. Modesto Police Dept. | **RECEIVED** |
| 26. Arresting Officer #502438 | DEC 27 2021 |
| 27. Respondents | CLERK U.S. DISTRICT COURT |
| 28. | EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK |

1

1  On Dec 9, 2021 my Claim was rejected
2  on it's merits by Stacy Luna from
3  the Stanislaus County Chief
4  executive Office, Risk Management
5  Division.
6    This Civil suit will be in the
7  amount of: $100,000.
8        On Oct 20, 2021 at 1228 i was
9  rebooked by the Stanislaus
10 County Sheriff booking Officer
11 #502763 in the County jail, for
12 PC. 11378 HS, followed by an
13 added incident report falsified
14 by Officer Kathenne Blum of
15 the MPD on 10/20/21 MP21016350
16                        Police Report
17
18 The original report was writen
19 by officer Blum on 7/1/21 after
20 she arrested and took a
21 Dawn Marie Lewis DoB: 4/9/1998
22 to the Stanislaus County jail
23 for the above Said charges.
24    I was then brought to court
25 10/22/2021 and arraigned on
26 the above charges by judge
27 Jeff Mangar in Dept. 12
28 Superior Court of the State

                                        # 2

1 of California County of Stanislaus
2 in Case No. CR-21-010177 with a
3 bond set at $100,000 dollars
4 which is excessive and not
5 the set bond for the
6 PC 11378 HS) Set Bail: $25,000
7     I was then handed a
8 Criminal Complaint from the
9 Stanislaus County District
10 Attorney's Office that alleges
11 that on July 1,2021 i committed
12 a felony, possession of a
13 Controlled Substance for
14 Sale, violation of Section
15 11378 HS. after July 1,2021
16 Knowing this is not true,
17 because on July 1,2021 Officer
18 Blum made an arrest of
19 a Dawn Marie Lewis who
20 had excepted ownership
21 of the Substance, the
22 Sargent that was on duty
23 that day ordered Officer
24 Blum to release me at the
25 Scen i left with no further
26 incident and officer Blum
27 escorted Ms.Lewis to the
28 County jail, where she

# 3

1  was booked into custody.
2  it wasn't until 10/20/21 that
3  officer Blum falsified an added
4  incident report and in that,
5  that i did willfully unlawfully,
6  and feloniously have in my
7  possession for purpose of
8  sale a controlled substance
9  to wit, Methamphetamine.
10
11     Records will reflect that on
12  July 1, 2021 i was never booked
13  or arrested and brought
14  to the stanislaus County
15  jail for any felony, or possession
16  of a controlled substance
17  for sale 11378 HS.
18
19     Nor was i cited for any
20  other felony on this date
21  July 1, 2021 and released.
22
23     Since this false allegation
24  i have become homeless, i
25  have lost my place of business.
26  Trash into Cash LLC.
27  434 Oak ST.
28  Modesto, CA. 95351

# 4

1. and have been ordered to
2. post an excessive bail under
3. the 8th Admendment of
4. $100,000, i have sat in custody
5. in this matter since 10/20/21.
6.
7. I certify under penalty of
8. purjury, at Modesto, California,
9. that the forgoing is true
10. and correct.
11.
12. Date: 12/20/21
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

# 5

Proof of Service By Mail

(C.C.P §§ 1013, 2015.5, U.S.C. 28 §§ 1746)

State of California )

Stanislaus County )

I, Clifton Williams Jr. am a resident of the Stanislaus County P.S.C. jail in Stanislaus county, California. and i am at least 18 years of age. My mailing address is:

194 e. Hackett Rd.

modesto, Ca. 95358

On 12/20/21    I served a true and correct copy of the following documents: Stanislaus County Board of Supervisor's) by putting it in the U.S. mail Stanislaus County "React" center and also mailed a copy to Birgit Fladager District Attorney This copy is being mailed to U.S. District Court. I declare under penalty of purjury that the forgoing is true and correct. Date: 12/20/21 Stanislaus county jail Clifton Williams Jr. #1497454. My Attorney is: Jacob L. Benguerel 948 11Th ST. Suite 16 modesto, CA. 95354 Tell: 209-544-5727 Fax: 209-544-5735

#6