UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR, | No. 1:21-cv-01810-DAD-SAB |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| PATRICK HOGAN, et al., | |
| Defendants. | (Doc. No. 10) |

Plaintiff Clifton Williams, Jr, proceeding *pro se* and *in forma pauperis*, initiated this civil action on December 27, 2021. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2022, the assigned magistrate judge screened plaintiff's operative second amended complaint, in which plaintiff alleges a malicious prosecution claim against defendant Patrick Hogan (a deputy district attorney in Modesto) and defendant Katherine Blum (an officer with the Modesto Police Department), and found that plaintiff had failed to state any cognizable claim for relief. (Doc. No. 10.) In particular, the magistrate judge took judicial notice of the state court records in the plaintiff's criminal prosecution, which reflected that those proceedings are ongoing, and issued findings and recommendations recommending that this action be dismissed on the ground that plaintiff's claims are barred under the *Younger* abstention doctrine. (*Id.* at 3–5) (citing *Younger v. Harris*, 401 U.S. 37 (1971)). In addition, the magistrate judge found that

plaintiff had failed to state a cognizable malicious prosecution claim because "the relevant state criminal action against plaintiff has not been terminated in a manner favorable to the plaintiff, and has not shown that the criminal prosecution has ended without a conviction"—required elements for such a claim. (*Id.* at 5–6.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 7.) On April 25, 2022, plaintiff timely filed objections to the pending findings and recommendations. (Doc. No. 11.)

In his objections, plaintiff does not meaningfully object to the findings and recommendations or to the fact that his criminal proceedings in state court remain pending. Rather, plaintiff asserts that his "ongoing criminal case should have nothing to do with" his allegations of civil rights violations in this case. (Doc. No. 11 at 3.) However, as explained in the pending findings and recommendations, plaintiff is mistaken in his assertion. Accordingly, plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 15, 2022 (Doc. No. 10) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2022**                              _____
                                                                                    UNITED STATES DISTRICT JUDGE